**UNITED STATES of America v. Andrew C. HIXSON, Executor of the Estate of Richard L. Hixson, Deceased, et al.**

No. 1634.

Circuit Court of Appeals, Tenth Circuit.

Feb. 4, 1938.

Curtis P. Harris, Sp. Atty., Department of Justice, of Stillwater, Okl., for appellant.

Wilcox & Swank, of Stillwater, Okl., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed, pursuant to stipulation.

**UNITED STATES, Plaintiff-Appellee, v. John A. POPE et al., Defendants, Booker T. Loadholt, Defendant-Appellant.**

No. 191.

Circuit Court of Appeals, Second Circuit.

Jan. 6, 1938.

Maxwell Shapiro, of New York City, for appellant.

Vine H. Smith, of Brooklyn, N. Y., for the United States.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed in open court.

**UNITED STATES of America v. TOWN OF STONEWALL.**

No. 1675.

Circuit Court of Appeals, Tenth Circuit.

March 4, 1938.

Charles N. Champion, Asst. U. S. Atty., of Muskogee, Okl., for appellant.

J. R. Huggins, of Stonewall, Okl., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.